**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DENISE BOHN-MORTON,
        Plaintiff,

                                                    Case No. 04-72105
v.                                              Hon. Gerald E. Rosen
                                                Magistrate Judge Wallace Capel, Jr.

COMMISSIONER OF
SOCIAL SECURITY,
        Defendant.
_____/

**JUDGMENT OF DISMISSAL**

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     September 27, 2005

     PRESENT:  Honorable Gerald E. Rosen
                        United States District Judge

     The Court having this day entered an Opinion and Order adopting in part and rejecting in part the Magistrate Judge's Report and Recommendation, denying Plaintiff's motion for summary judgment, and granting Defendant's motion for summary judgment,

     NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.

Dated: September 27, 2005

                                                  s/Gerald E. Rosen
                                                  Gerald E. Rosen
                                                  United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 27, 2005, by electronic and/or ordinary mail.

                                      s/LaShawn R. Saulsberry
                                      Case Manager